In the Matter of the Probate of the Will of FRANK BENNETT, Deceased.

CHRISTINA GRAF et al., Appellants; ANNA B. BENNETT, Respondent

*Will — probate — evidence — credibility of witness.*

*Matter of Bennett (Will)*, 207 App. Div. 388, affirmed.

(Argued May 12, 1924; decided May 23, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 7, 1923, which affirmed a decree of the Kings County Surrogate's Court admitting to probate a paper propounded as the last will and testament of Frank

Bennett, deceased. The only question was as to whether the will was duly executed, one of the witnesses testifying that there was no publication thereof.

*Thomas J. O'Neil, Adolph Ruger* and *Leonard F. Fish* for appellants.

*Herbert T. Ketcham* for respondent.

Order affirmed, with costs, on ground that contestant's evidence was incredible as matter of law; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.